**JOSEPH & KIRSCHENBAUM LLP**
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Mike DiGiulio
Leah M. Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/01/2022

August 30, 2022

**VIA ECF**

Hon. Barbara Moses
United States Magistrate Judge
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *Calixto v. Prime Square Restaurant Corp., et al.,*
      No. 22-cv-2610 (RA)(BCM)

Dear Judge Moses,

We represent Plaintiffs Eduardo Calixto and Jorge Gregorio in the above-referenced matter. We write with the consent of Defendants' counsel to respectfully request a one-week adjournment of the initial conference currently scheduled in this matter for September 6, 2022 at 11:00 a.m. The reason for this request is that the undersigned has pre-scheduled travel out of state on that date. Counsel for the parties have conferred and are both available on September 13, 2022 to attend a re-scheduled conference. This is the first request to adjourn the initial conference.

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/Lucas C. Buzzard*
Lucas C. Buzzard

**Joseph & Kirschenbaum LLP**
32 Broadway, Suite 601
New York, NY 1004
Tel: (212) 688-5640

*Counsel for Plaintiffs*

---

Application GRANTED. The initial case management conference scheduled for September 6, 2022, is hereby ADJOURNED to **September 21, 2022, at 10:00 a.m.** SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
September 1, 2022