UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARDO CALIXTO, et al.,

      Plaintiff,

-against-

PRIME SQUARE RESTAURANT CORP., et al.,

      Defendant.

22-CV-2610 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during the October 24, 2022 settlement conference, it is hereby ORDERED that the parties shall file a joint letter, no later than **November 1, 2022**, confirming that the Stipulation of Voluntary Dismissal (Dkt. 34) by which the parties propose to dismiss the claims of plaintiff Jorge Gregorio (identified in the Complaint of this action as Jorge Rodriguez (Dkt. 1)) is not part of a settlement that would require review by this Court. *See Samake v. Thunder Lube, Inc.*, 24 F. 4th 804, 811 (2d Cir. 2022). Specifically, the parties shall confirm that plaintiff Gregorio's dismissal was not secured by means of any payment, promise, or other benefit offered by any defendant.

Dated: New York, New York
      October 25, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**